RUFUS HATCH, Respondent, *v.* THE WESTERN UNION TELEGRAPH COMPANY, Appellant.

THIS case was argued and decided with *Williams* v. *The W. U. T. Co. (ante,* p. 162).

---

MARION LANGDON et al., Respondents, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

THIS case was argued and decided with *Langdon* v. *Mayor, etc. (ante,* p. 129).